FILED

2017 SEP 12 PM 3:40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY ____________

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES CHAMBLISS,<br>Defendant. | No. SA CR 17-00120 DOC<br>I N F O R M A T I O N<br>[18 U.S.C. § 1343: Wire Fraud] |

The Acting United States Attorney charges:

[18 U.S.C. § 1343]

A. INTRODUCTORY ALLEGATIONS

1. At all times relevant to this Information, defendant JAMES CHAMBLISS ("CHAMBLISS") operated National Advisory Network ("NAN"), located within the Central District of California. NAN solicited individuals who had lost money in prior investments and offered to get their money back through writing and sending demand letters and contacting regulatory agencies for an advance fee. In most cases, the advanced fee ranged from $1,500 to $6,000.

B. THE SCHEME TO DEFRAUD

2. Beginning in or around July 2015 and continuing to July 2016, in Orange County, within the Central District of California, and elsewhere, defendant CHAMBLISS, together with others, knowingly and with the intent to defraud, devised and executed a scheme to defraud and obtain money from customers by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

3. In carrying out the scheme, defendant CHAMBLISS engaged in the following fraudulent and deceptive acts, practices, and devices, among others:

a. Defendant CHAMBLISS, through NAN, contacted individuals who had lost money in prior investments and promised that, for an advance fee, NAN would take measures to recoup their lost investments.

b. Defendant CHAMBLISS did not disclose to the individuals that he was taking the advance fees for himself as a commission.

c. By devising and executing the fraudulent scheme, defendant CHAMBLISS took $401,457.80 of the individuals' advanced fees for his own use.

/ / /

/ / /

/ / /

C. THE USE OF AN INTERSTATE WIRE

4. On or about March 14, 2016, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, defendant CHAMBLISS caused the transmission, by means of wire communication in interstate commerce, of a wire transfer of $4,095 from J.K.'s Union Savings Bank in Franklin, Ohio to a Chase Bank account in Long Beach, California, which was controlled by defendant CHAMBLISS.

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JOSEPH T. MCNALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Santa Ana Branch Office