FILED
CLERK, U.S. DISTRICT COURT
JAN 22 2018
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PLAINTIFF | CASE NUMBER:<br>SA CR 17-120-DOC |
| James Chambliss<br>DEFENDANT | **WAIVER OF INDICTMENT** |

I, James Chambliss, the above-named defendant, who is accused of wire fraud, in violation of 18 U.S.C. § 1343, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 1/22/18, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

1/22/18
*Date*

[signature]
*Defendant*

1/22/18
*Date*

[signature]
*Counsel for Defendant*

1/22/2018
*Date*

Before: [signature] DOUGLAS F. McCORMICK
*Judicial Officer*

If the defendant does not speak English, complete the following:

I, ____________________, am fluent in written and spoken English and ____________________ languages. I accurately translated this Waiver of Indictment from English to ____________________ for defendant ____________________ on this date.

____________________
*Date*

____________________
*Interpreter*