FILED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 22 2018

CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF v. James Chambliss DEFENDANT. | CASE NUMBER: SA CR 17-120-DOC |
| | **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |

I, James Chambliss, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☒ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of January, 2018
at Santa Ana CA
*(City and State)*

[signature]
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:

I, ______________________, am fluent in written and spoken English and ______________________ languages. I accurately translated this form from English into ______________________ to declarant ______________________ on this date.

Date: ______________________

______________________
*Interpreter*