# United States Pretrial Services

United States District Court
Central District of California

George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

## PASSPORT RECEIPT

FILED
CLERK, U.S. DISTRICT COURT
JAN 22 2018
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

Defendant's name: **CHAMBLISS, James Elzie**

Name on passport, if different:

Country of origin: **USA**

Date passport issued: **June 3, 2016**

Expiration date of passport: **June 2, 2026**

Ordered by court in the Central District of California or **Santa Ana** (district)

Docket Number: **8:17CR00120**

Surrendered by and date (print and sign):
Regena L.F. Chambliss [signature] 1/22/18

Received by and date (print and sign):
Megan Augustine [signature] 1/22/18

[redacted]

Returned to and date (print and sign):
Rege

Returned by and date (print and sign):

Purpose returned:

Address (if mailed):

CAC PSA 41 10/5/17

**Headquarters**
Edward R. Roybal Federal Building
255 East Temple Street, Room 1178
Los Angeles, CA 90012-3326
213-894-5568 / FAX 213-894-8892

**Riverside Branch**
George E. Brown, Jr. Courthouse
3470 Twelfth Street, Room 161
Riverside, CA 92501
951-328-4490 / FAX 951-328-4489

**Santa Ana Branch**
Ronald Reagan Federal Building
411 West Fourth Street, Room 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570