NICOLA T. HANNA
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JENNIFER L. WAIER
California State Bar No. 209813
Assistant United States Attorney
United States Courthouse
411 W. Fourth Street, 8th Floor
Santa Ana, California 92701
Telephone: (714) 338-3550
Facsimile: (714) 338-3708
E-Mail:Jennifer.Waier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CHAMBLISS,<br><br>Defendant. | Case No. SA CR 17-120-DOC<br><br><u>GOVERNMENT'S MOTION TO DISMISS INFORMATION AGAINST DEFENDANT JAMES CHAMBLISS</u> |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Jennifer L. Waier, hereby moves, pursuant to the provisions of Federal Rule of Criminal Procedure 48(a), to dismiss, without prejudice, the Information filed on September 12, 2017, against defendant JAMES CHAMBLISS, in the above-captioned case. The Information charged defendant with violating Title 18, United States Code, Section 1343: Wire Fraud. Defendant died on or about August 30, 2018. Attached as Exhibit A is confirmation of defendant's death.

Rule 48(a) of Federal Rule of Criminal Procedure provides that the "government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a).

Accordingly, the government respectfully requests that the Court grant the motion to dismiss the information against defendant.

Dated: September 17, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

*Jennifer L. Waier*
JENNIFER L. WAIER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# EXHIBIT A

**OFFICE OF THE CORONER**
**TANGIPAHOA PARISH**
**RICK FOSTER**
**15479 W Club Deluxe Rd , Hammond, LA 70403**
**985-902-8580 Fax: 985-902-8032**

Coroner's Office
Tangipahoa Parish

# CORONER'S REPORT

**(pursuant to R.S. 13:5713 (G)(2))**

I, Rick Foster, CORONER FOR THE PARISH OF TANGIPAHOA, certify the following report of death:

| | |
|---|---|
| REPORTED NAME OF DECEASED: | Chambliss, James |
| AGE AT DEATH: | 47 years [redacted] |
| DATE AND TIME OF DEATH: | Aug 30, 2018 at 22:28 |
| PLACE OF DEATH: | Decedent Residence [redacted] |
| CAUSE(S) OF DEATH: | PENDING |
| MANNER OF DEATH: | Pending |

This Coroner's written statement is issued after notification of next of kin of the deceased unless no next of kin can be determinded or located despite reasonable efforts by the coroner's office.

Rick Foster, MD

**Rick Foster**
Tangipahoa Parish Coroner
15479 W Club Deluxe Rd
Hammond, LA 70403
Date: Sep 05, 2018

**R.S. 13:5713 (G)(2)**

(2) If the coroner is unable to furnish the information required pursuant to Paragraph (1) of this Subsection within ten days after taking charge of the case, upon request, the coroner shall issue a written statement attesting to the fact of death, which shall constitute proof of death for all purposes, including but not limited to any claim under any policy of insurance issued on the life of the deceased individual.