JS-3

NICOLA T. HANNA
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
JENNIFER L. WAIER
California State Bar No. 209813
Assistant United States Attorney
United States Courthouse
411 W. Fourth Street, 8th Floor
Santa Ana, California 92701
Telephone: (714) 338-3550
Facsimile: (714) 338-3708
E-Mail:Jennifer.Waier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES CHAMBLISS,<br>Defendant. | Case No. SA CR 17-120-DOC<br>ORDER DISMISSING INFORMATION |

In consideration of the government’s motion to dismiss the Information against defendant JAMES CHAMBLISS, and good cause appearing thereon, IT IS HEREBY ORDERED that the government’s motion to dismiss the Information without prejudice is GRANTED pursuant to Federal Rule of Criminal Procedure 48(a).

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that defendant's bond be exonerated.

DATED: September 18, 2018

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE